**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAURA PREFONTAINE, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>               v.<br><br>RESEARCH IN MOTION LIMITED, BRIAN BIDULKA, JAMES L. BALSILLIE, AND MIHALIS "MICHAEL" LAZARIDIS,<br><br>                              Defendants. | Civil Action No. 11 Civ. 4068 (RJS) |
| NANCY A. DEMARKIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>               vs.<br><br>RESEARCH IN MOTION LIMITED, BRIAN BIDULKA, JAMES L. BALSILLIE, AND MIHALIS "MICHAEL" LAZARIDIS,<br><br>                              Defendants. | Civil Action No. 11 Civ. 4560 (RJS) |

(caption continued on subsequent page)

**THE RIM INVESTOR GROUP'S NOTICE OF MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD <u>PLAINTIFF'S SELECTION OF LEAD COUNSEL</u>**

| | |
|---|---|
| MICHAEL MCNEAL and KENNETH GOLD, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br>          v.<br><br>RESEARCH IN MOTION LIMITED, BRIAN BIDULKA, JAMES L. BALSILLIE and MIHALIS "MICHAEL" LAZARIDIS,<br><br>                              Defendants. | Civil Action No. 11 Civ. 5472 (RJS) |

PLEASE TAKE NOTICE that on a date and time as may be set by the Court, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Plaintiffs Michael McNeal and Kenneth Gold (the "RIM Investor Group") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order:  (1) consolidating all the above-captioned actions and any related actions that may be filed under Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing the RIM Investor Group as Lead Plaintiff in the consolidated actions; (3) approving the RIM Investor Group's selection of Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is based on this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Richard W. Gonnello filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

1

For the foregoing reasons, the RIM Investor Group respectfully requests the Court to: (1) consolidate all the above-captioned actions and any related actions that may be filed; (2) appoint the RIM Investor Group as Lead Plaintiff pursuant to the PSLRA; (3) approve Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated:  August 12, 2011                                Respectfully submitted,

**FARUQI & FARUQI, LLP**


 /s/  Richard W. Gonnello
Antonio Vozzolo
Richard W. Gonnello
369 Lexington Avenue
New York, New York 10017
Telephone:  (212) 983-9330
avozollo@faruqilaw.com
rgonnello@faruqilaw.com


Jacob A. Goldberg
Sandra G. Smith
101 Greenwood Avenue, Suite 600
Jenkintown, PA  19046
Tel: 215-277-5770
Fax: 215-277-5771
jgoldberg@faruqilaw.com
ssmith@faruqilaw.com

*Attorneys for the RIM Investor Group*