**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAURA PREFONTAINE, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br>v.<br><br>RESEARCH IN MOTION LIMITED, BRIAN BIDULKA, JAMES L. BALSILLIE and MIHALIS "MICHAEL" LAZARIDIS,<br><br>                Defendants. | Civil Action No. 1:11-cv-04068-RJS |
| NANCY A. DEMARKIS, Individually and on Behalf of All Others Similarly Situated,<br>                Plaintiff,<br>v.<br><br>RESEARCH IN MOTION LIMITED, BRIAN BIDULKA, JAMES L. BALSILLIE and MIHALIS "MICHAEL" LAZARIDIS,<br><br>                Defendants. | Civil Action No. 1:11-cv-04560-RJS |
| MICHAEL MCNEAL AND KENNETH GOLD, Individually And On Behalf of All Others Similarly Situated,<br>                Plaintiffs,<br>v.<br><br>RESEARCH IN MOTION LIMITED, BRIAN BIDULKA, JAMES L. BALSILLIE and MIHALIS "MICHAEL" LAZARIDIS,<br><br>                Defendants. | Civil Action No. 1:11-cv-05472-RJS |

**DECLARATION OF DAVID A.P. BROWER IN SUPPORT OF THE MOTION OF ROBERT SHEMIAN TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

I, David A.P. Brower, hereby declare as follows:

1. I am over 18 years of age and am competent to testify to the matters and facts hereinafter set forth. I am a principal of the law firm of Brower Piven, A Professional Corporation.

2. I am counsel for Lead Plaintiff movant, Robert Shemian. I submit this Declaration in support of the Motion Of Robert Shemian To Consolidate Related Actions; To Be Appointed Lead Plaintiff; And To Approve Proposed Lead Plaintiff's Choice Of Counsel filed pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995 ("PSLRA").

3. Attached hereto as Exhibit A is the true and correct copy of the sworn Plaintiff's Certification of Robert Shemian.

4. Attached hereto as Exhibit B is a true and correct copy of the Loss Chart for Robert Shemian.

5. Attached hereto as Exhibit C is a true and correct copy of the press release published on June 13, 2011, on *Business Wire*, a well-known, national business-oriented publication, announcing the pendency of the lawsuit commenced by *Gerald Chatlin* against Defendants herein.

6. Attached hereto as Exhibit D is a true and correct copy of the firm resume of Brower Piven, A Professional Corporation.

2

      I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 12th day of August, 2011.

                                                  */s/ David A.P. Brower*
                                                  David A.P. Brower

2