## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

—

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-7852
DIRECT FAX
(917) 777-7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

August 29, 2012

**MEMO ENDORSED**

BY E-MAIL

Honorable Richard J. Sullivan
United States District Judge
500 Pearl Street, Room 640
New York, New York 10007

RE: *In re Research In Motion Limited Securities Litigation,*
11 Civ. 4068 (RJS)

Dear Judge Sullivan:

We represent defendants Research In Motion Limited, Brian Bidulka, James L. Balsillie and Mike Lazaridis (together, the "Defendants") in the above-referenced action and write respectfully to request an enlargement from 10 to 15 pages for Defendants' Reply Memorandum of Law in Further Support of their Motion to Dismiss the Consolidated Amended Class Action Complaint, due September 4, 2012.

We respectfully submit that this extension is warranted in light of the previous extension of both the opening and opposition memoranda of law from 25 to 30 pages to address comprehensively the issues presented by the 198 paragraph Complaint. Opposing counsel takes no position on this request.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-30-12

SO ORDERED
Dated: 8/29/12
RICHARD J. SULLIVAN
U.S.D.J.

Honorable Richard J. Sullivan
August 29, 2012
Page 2

Respectfully submitted,

Scott D. Musoff

cc:   David A.P. Brower, Esq.
      Brian C. Kerr, Esq.